LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4808
Facsimile: (415) 744-0134
E-Mail: Christopher.vieira@ssa.gov

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIBEL RODRIGUEZ, | ) | No: 5:22-cv-01905-BFM |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING</u> |
| | ) | <u>EAJA FEES</u> |
|    v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

-1-

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FORTY-TWO DOLLARS AND 48/100 ($5,042.48) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: JUNE 23, 2023

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE